| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kimberly A. Foster<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5695<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   16–24689–JAD | | |

# Order of Discharge                                                                                           12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kimberly A. Foster

<u>5/14/24</u>                                                **By the court:** <u>Jeffery A. Deller</u>
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                **Chapter 13 Discharge**                                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-24689-JAD
Kimberly A. Foster Chapter 13
　Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: May 14, 2024 Form ID: 3180W Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Foster, 2549 Woodstock Ave, Pittsburgh, PA 15218-2658 |
| 14338933 | + | Commonwealth of PA Department of Labor &, Dept. Labor & Ind. 914 Penn Ave. 6th F, Pittsburgh, PA 15222-3713 |
| 14350083 | | Duquesne Light, C/O Peter Ashcroft, Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14350085 | + | Mutual Builders, PO Box 5174, Pittsburgh, PA 15206-0174 |
| 14338935 | | Mutual Builders, PO Box 5174, Van, WV 25206 |
| 14350087 | + | OFFICE OF INSPECTOR GENERAL, Commonwealth Of PA, 555 WALNUT STREET, 8TH FLOOR, Harrisburg, PA 17101-1928 |
| 14350089 | | Peoples Gas, 100 Allegheny Center Mall, Pittsburgh, PA 15212 |
| 14338937 | + | Pittsburgh Federal CU, 2601 WEXFORD BAYNE RD, Sewickley, PA 15143-4029 |
| 14338941 | | UNIVERSAL ACCEPTANCE CORP, 240 W O St # 100, Lincoln, NE 68528 |
| 14350096 | | UPMC, 681 Country Club Drive, Minneapolis, MN 55427 |
| 14350097 | | UPMC Physcian Services, 681 Country Club Drive, Minneapolis, MN 55427 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 15 2024 03:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2024 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 15 2024 03:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2024 23:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 14 2024 23:52:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | May 14 2024 23:48:11 | U.S. Bank Trust National Association, as Trustee o, 323 5th Street, Eureka, CA 95501-0305 |
| 14338932 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | May 14 2024 23:52:00 | AAS Debt Recovery, Po Box 129, Monroeville, PA 15146-0129 |
| 14350080 | + | Email/Text: louis@tributecap.com | May 14 2024 23:52:00 | COBAR ACQUISITIONS, LLC, 25 HIGHLAND PARK VILLAGE 100-201, Dallas, TX 75205-2789 |
| 14339148 | + | Email/Text: ebnnotifications@creditacceptance.com | May 14 2024 23:51:00 | Credit Acceptance, 25505 West Twelve Mile Rd, |

Case 16-24689-JAD   Doc 190   Filed 05/16/24   Entered 05/17/24 00:28:38   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Suite 3000, Southfield MI 48034-8331 |
| 14338934 | + | Email/Text: ebnnotifications@creditacceptance.com | May 14 2024 23:51:00 | Credit Acceptance Corp, POB 5070, Southfield, MI 48086-5070 |
| 14421940 | + | Email/Text: kburkley@bernsteinlaw.com | May 14 2024 23:53:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14770245 | | EDI: JEFFERSONCAP.COM | May 15 2024 03:45:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14338936 | + | EDI: NAVIENTFKASMSERV.COM | May 15 2024 03:45:00 | Navient, PO BOX 9500, Wilkes Barre, PA 18773-9500 |
| 14359970 | | Email/Text: ECMCBKNotices@ecmc.org | May 14 2024 23:52:00 | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14373337 | | EDI: AGFINANCE.COM | May 15 2024 03:39:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14367897 | + | EDI: PRA.COM | May 15 2024 03:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14350088 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | May 14 2024 23:53:00 | Pa Department Of Labor & Industry, 651 Boas Street, 6th Floor, Harrisburg, PA 17121-0725 |
| 14350091 | | Email/Text: bknotices@snsc.com | May 14 2024 23:53:00 | SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 14338938 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 14 2024 23:52:00 | Specialized Loan SVCG, PO Box 266005, Littleton, CO 80163 |
| 14338939 | | EDI: AGFINANCE.COM | May 15 2024 03:39:00 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 14338940 | + | Email/Text: amieg@stcol.com | May 14 2024 23:51:00 | State Collections Services, 2509 S Stoughton Rd, Madison, WI 53716-3314 |
| 15449643 | ^ | MEBN | May 14 2024 23:48:20 | U.S. Bank National Association, et al, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14519831 | ^ | MEBN | May 14 2024 23:48:10 | U.S. Bank Trust National Association, as Trustee, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 14338942 | + | EDI: VERIZONCOMB.COM | May 15 2024 03:39:00 | Verizon Wireless, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | U.S. Bank National Association, as Indenture Trust |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14520494 | *+ | U.S. Bank Trust National Association, as Trustee, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 16-24689-JAD  Doc 190  Filed 05/16/24  Entered 05/17/24 00:28:38  Desc
Imaged Certificate of Notice   Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: 3180W | Total Noticed: 33 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: May 16, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust c/o SN Servicing Corporation acarr@tuckerlaw.com |
| Brian E. Caine | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust c/o SN Servicing Corporation bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association as Indenture Trustee under the Indenture relating to COLT 2021-RPL1 Trust dcarlon@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust c/o SN Servicing Corporation jsnider@fbtlaw.com, rmccartney@fbtlaw.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association as Indenture Trustee under the Indenture relating to COLT 2021-RPL1 Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lawrence W. Willis | on behalf of Debtor Kimberly A. Foster ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lorraine Gazzara Doyle | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust c/o SN Servicing Corporation ldoyle@squirelaw.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 11