**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KIMBERLY A FOSTER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>  vs.<br>No Repondents. | Case No.:16-24689 JAD<br><br>Chapter 13<br><br>Related to ECF No. 179<br><br>**DEFAULT O/E JAD** |

ORDER OF COURT

  AND NOW, this 14th day of May, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
5/14/24 8:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jah
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24689-JAD |
| Kimberly A. Foster | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 14, 2024 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Foster, 2549 Woodstock Ave, Pittsburgh, PA 15218-2658 |
| 14338933 | + | Commonwealth of PA Department of Labor &, Dept. Labor & Ind. 914 Penn Ave. 6th F, Pittsburgh, PA 15222-3713 |
| 14350083 | | Duquesne Light, C/O Peter Ashcroft, Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14350085 | + | Mutual Builders, PO Box 5174, Pittsburgh, PA 15206-0174 |
| 14338935 | | Mutual Builders, PO Box 5174, Van, WV 25206 |
| 14350087 | + | OFFICE OF INSPECTOR GENERAL, Commonwealth Of PA, 555 WALNUT STREET, 8TH FLOOR, Harrisburg, PA 17101-1928 |
| 14350089 | | Peoples Gas, 100 Allegheny Center Mall, Pittsburgh, PA 15212 |
| 14338937 | + | Pittsburgh Federal CU, 2601 WEXFORD BAYNE RD, Sewickley, PA 15143-4029 |
| 14338941 | | UNIVERSAL ACCEPTANCE CORP, 240 W O St # 100, Lincoln, NE 68528 |
| 14350096 | | UPMC, 681 Country Club Drive, Minneapolis, MN 55427 |
| 14350097 | | UPMC Physcian Services, 681 Country Club Drive, Minneapolis, MN 55427 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 14 2024 23:52:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | May 14 2024 23:48:15 | U.S. Bank Trust National Association, as Trustee o, 323 5th Street, Eureka, CA 95501-0305 |
| 14338932 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | May 14 2024 23:52:00 | AAS Debt Recovery, Po Box 129, Monroeville, PA 15146-0129 |
| 14350080 | + | Email/Text: louis@tributecap.com | May 14 2024 23:52:00 | COBAR ACQUISITIONS, LLC, 25 HIGHLAND PARK VILLAGE 100-201, Dallas, TX 75205-2789 |
| 14339148 | + | Email/Text: ebnnotifications@creditacceptance.com | May 14 2024 23:51:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14338934 | + | Email/Text: ebnnotifications@creditacceptance.com | May 14 2024 23:51:00 | Credit Acceptance Corp, POB 5070, Southfield, MI 48086-5070 |
| 14421940 | + | Email/Text: kburkley@bernsteinlaw.com | May 14 2024 23:53:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14770245 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 14 2024 23:53:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14338936 | + | Email/PDF: pa_dc_claims@navient.com | May 15 2024 00:13:55 | Navient, PO BOX 9500, Wilkes Barre, PA 18773-9500 |
| 14359970 | | Email/Text: ECMCBKNotices@ecmc.org | May 14 2024 23:52:00 | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |

| 14373337 | | Email/PDF: cbp@omf.com | | |
|---|---|---|---|---|
| | | | May 15 2024 00:00:24 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14367897 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 15 2024 00:13:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14350088 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | | |
| | | | May 14 2024 23:53:00 | Pa Department Of Labor & Industry, 651 Boas Street, 6th Floor, Harrisburg, PA 17121-0725 |
| 14350091 | | Email/Text: bknotices@snsc.com | | |
| | | | May 14 2024 23:53:00 | SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 14338938 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | May 14 2024 23:52:00 | Specialized Loan SVCG, PO Box 266005, Littleton, CO 80163 |
| 14338939 | | Email/PDF: cbp@omf.com | | |
| | | | May 15 2024 00:14:03 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 14338940 | + | Email/Text: amieg@stcol.com | | |
| | | | May 14 2024 23:51:00 | State Collections Services, 2509 S Stoughton Rd, Madison, WI 53716-3314 |
| 15449643 | ^ | MEBN | | |
| | | | May 14 2024 23:48:21 | U.S. Bank National Association, et al, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14519831 | ^ | MEBN | | |
| | | | May 14 2024 23:48:12 | U.S. Bank Trust National Association, as Trustee, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 14338942 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | May 14 2024 23:51:00 | Verizon Wireless, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | U.S. Bank National Association, as Indenture Trust |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14520494 | *+ | U.S. Bank Trust National Association, as Trustee, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2024                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:

District/off: 0315-2                     User: auto                          Page 3 of 3

Date Rcvd: May 14, 2024               Form ID: pdf900                   Total Noticed: 31

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Igloo Series II Trust c/o SN Servicing Corporation acarr@tuckerlaw.com |
| Brian E. Caine | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Igloo Series II Trust c/o SN Servicing Corporation bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  as Indenture Trustee under the Indenture relating to COLT 2021-RPL1 Trust dcarlon@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Igloo Series II Trust c/o SN Servicing Corporation jsnider@fbtlaw.com, rmccartney@fbtlaw.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association  as Indenture Trustee under the Indenture relating to COLT 2021-RPL1 Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lawrence W. Willis | on behalf of Debtor Kimberly A. Foster ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lorraine Gazzara Doyle | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Igloo Series II Trust c/o SN Servicing Corporation ldoyle@squirelaw.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 11